

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 28, 2015

No. 04-15-00237-CR

The **STATE** of Texas,
Appellant

v.

Manuel **CARDENAS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 428298
, Judge Presiding

# O R D E R

The State of Texas's motion for stay is granted. *See* TEX. CODE CRIM. PROC. ANN. 44.01(e). We order proceedings in the trial court stayed pending the disposition of this appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court